UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVIA M. SCOTTO,

    Plaintiff,

v.    Case No: 8:18-cv-1659-T-36AAS

FRANCISCO AGUILLAR, C. JORDAN FOSTER, CA ENTERPRISES OF TALLAHASSEE, UNITED AIRLINES and JEFF SMIEK,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on August 14, 2018 (Doc. 7). In the Report and Recommendation, Magistrate Judge Sansone recommends that Ms. Scotto's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 3) be denied and that Ms. Scotto's complaint (Doc. 1) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 3) is **DENIED**.

(3) Plaintiff's complaint (Doc. 1) is **DISMISSED**.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on September 4, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record